1
2
3
4
5                                          JS-6
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | SUZANNE BORNHAUSER, | Case No. 2:15-CV-09994-JFW (KSx) |
|---|---|---|
| 12 | Plaintiff, | **JOINT JUDGMENT** |
| 13 | v. | |
| 14 | JACKSONVILLE POST CLOSING; BANK OF AMERICA; CALIBER HOME LOANS INC., Does 1 To 20, Inclusive, | Ctrm:  16<br>Judge: Hon. John F. Walter |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

70329-0297/133312712.1                                          JUDGMENT

Following this Court's March 17, 2016 Order granting Defendant Bank of America, N.A.'s Motion to Dismiss the Complaint of Plaintiff Suzanne Bornhauser (Docket No. 58), and following this Court's October 18, 2016 Order granting Defendant Caliber Home Loans, Inc.'s Motion for Summary Judgment (Docket No. 87), the Court hereby enters judgment as follows:

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Caliber Home Loans, Inc. is dismissed from the action with prejudice;
2. Bank of America, N.A. is hereby dismissed from the action;
3. Judgment is entered against Plaintiff and in favor of Caliber Home Loans, Inc. and Bank of America, N.A.;
4. Plaintiff shall take nothing as against Caliber Home Loans, Inc. and Bank of America, N.A.; and
5. Caliber Home Loans, Inc. and Bank of America, N.A. may recover their costs.

Dated: _October 28, 2016

_____
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 19, 2016, I caused to be filed via the CM/ECF system true and correct copies of the following documents and that the service of these documents was accompanied on all parties in the case by CM/ECF system.

*/s/ Aaron R. Goldstein*
Aaron R. Goldstein, Bar No. 239423
AGoldstein@perkinscoie.com